In the MATTER OF the Petition of Augustus H. EVANS, Jr. for a writ of mandamus

No. 572, 2016

Supreme Court of Delaware.

Submitted: December 16, 2016
Decided: February 6, 2017
Rehearing Denied March 2, 2017

DISMISSED.